

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Christopher Samuel Richardson<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR09-720-MWF<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Nov.__, __8__, at __11:30__ ☑a.m. / ☐p.m. before the Honorable __Eick__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __11/7/13__

_____
U.S. District Judge/Magistrate Judge